United States District Court
Southern District of Texas
**ENTERED**
May 16, 2022
Nathan Ochsner, Clerk

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF TEXAS
# LAREDO DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| VS. | § | CRIMINAL ACTION NO. 5:22-CR-603 |
| | § | |
| CHRISTIAN MARTINEZ | § | |

## AMENDED ORDER

Pending before the Court is Defendant's Motion to Substitute Counsel in the above-captioned case. Defendant's Motion is hereby **GRANTED** and MARC A. GONZALEZ is substituted as counsel for Defendant **with the express understanding that any settings and existing deadlines in this case remain in effect. Counsel's recent substitution as attorney of record is *not* a basis for a continuance or extension of current settings.**

JOHN PAUL is relieved of his duty to further represent Defendant.

It is so **ORDERED**.

**SIGNED** this 12th day of May 2022.

_____
Marina Garcia Marmolejo
United States District Judge