# UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF TEXAS

United States of America

*versus*

Christian Martinez

Case Number: 5:22−cr−00603

## Notice of Resetting

**A proceeding has been reset in this case as to Christian Martinez as set forth below.**

**BEFORE:**
**Magistrate Judge John A Kazen**

**LOCATION:**
Courtroom 2C
United States Courthouse
1300 Victoria Street
Laredo, TX 78040

**DATE:** 7/7/2022

**TIME:** 02:00 PM

**TYPE OF PROCEEDING:** Final Pretrial Conference
Applicable defendant(s) required to be present at the hearing.

Date:   June 28, 2022                                        Nathan Ochsner, Clerk